THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Respondent. | CASE NO. C21-1188-JCC <br><br> ORDER |

This matter comes before the Court on the report and recommendation ("R&R") of U.S. Magistrate Judge Michelle L. Peterson (Dkt. No. 2). Having reviewed the R&R, and there being no objections, the Court hereby finds and ORDERS:

(1) The Court ADOPTS the R&R.

(2) Petitioner's federal habeas petition (Dkt. No. 1), and this action, are DISMISSED without prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is DIRECTED to send copies of this Order to Petitioner and to the Hon. Michelle L. Peterson.

//
//
//

ORDER
C21-1188-JCC
PAGE - 1

1   DATED this 20th day of October 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-1188-JCC
PAGE - 2